IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TAVORIS L. JOHNSON ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN WILCHER, Sheriff; ) <br> COMMANDER T. FREESEMANN, Jail ) <br> Administrator; and CHATHAM ) <br> COUNTY DETENTION CENTER; ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. CV421-225 |

## O R D E R

Before the Court is the Magistrate Judge's August 5, 2021, Report and Recommendation (Doc. 3), to which Plaintiff has not filed objections. After a careful review of the record,[1] the Report and Recommendation (Doc. 3) is **ADOPTED** as the Court's opinion in this case. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**, and Plaintiff's Complaint (Doc. 1) is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this  3RD  day of November 2021.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_____

[1] The Court reviews de novo a magistrate judge's findings to which a plaintiff objects, and the Court reviews for clear error the portions of a report and recommendation to which a plaintiff does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).