AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TAVORIS L. JOHNSON

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV421-225

JOHN WILCHER, Sheriff; COMMANDER T. FREESEMANN, Jail Administrator; and CHATHAM COUNTY DETENTION CENTER;
Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated November 3, 2021 adopting the Report and Recommendation of the U.S. Magistrate Judge, the Plaintiff's Motion to Proceed In Forma Pauperis is denied and the Plaintiff's Complaint is dismissed. This case stands closed.



November 4, 2021
Date

John E. Triplett, Clerk of Court
Clerk

*James R. Burell*
(By) Deputy Clerk

GAS Rev 10/2020